AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

GARY ENGEL,

          Plaintiff,

CASE NUMBER: 10 c 3288

V.

ASSIGNED JUDGE: Shadur

ROBERT BUCHAN, ROBERT QUID, and the VILLAGE OF BUFFALO GROVE,

          Defendants.

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Robert Buchan
605 Louis St.
Mount Prospect, IL 60056

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May St., Ste. 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

June 3, 2010
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 6/11/10 |
| NAME OF SERVER (PRINT) LARRY BIELA | TITLE SPECIAL PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 605 Louis Street Mt. Prospect, IL 60056

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/11/10 5:19 Pm
Date

Signature of Server

115-001755

Address of Server

**L BIELA & ASSOCIATES DETECTIVES, LTD**
700 N GREEN ST. SUITE C30
CHICAGO, IL 60642

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.